Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Aerofab Industries, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA Excell Aerofab, Inc.** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-1992551** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**19222 62nd Ave. NE**<br>**Arlington, WA 98223**<br>Number, Street, City, State & ZIP Code<br><br>**Snohomish**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.aerofabinc.net** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Aerofab Industries, Inc.**  
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Aerofab Industries, Inc.**  
Name  
Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ■ $1,000,001 - $10 million
- ☐ $500,000,001 - $1 billion

Debtor **Aerofab Industries, Inc.**
Name

Case number (*if known*)

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor **Aerofab Industries, Inc.**  Case number (*if known*) _____
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 3, 2025**
             MM / DD / YYYY

**X** **/s/ Sheryl Hoye**                                    **Sheryl Hoye**
Signature of authorized representative of debtor              Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ Jennifer L. Neeleman**                           Date **September 3, 2025**
Signature of attorney for debtor                                   MM / DD / YYYY

**Jennifer L. Neeleman 37374**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone  **(425) 212-4800**      Email address  **courtmail@expresslaw.com**

**37374 WA**
Bar number and State

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AMI Metals** P.O. Box 952474 Saint Louis, MO 63195-2474 | | **Vendor** | | | | $14,208.52 |
| **Anotek Anodizing, Inc.** P.O. Box 182 Lynden, WA 98264 | | **Vendor** | | | | $9,690.00 |
| **Applied Aero Systems, LLC** 10727 47th Place West Mukilteo, WA 98275 | | **Vendor** | | | | $4,770.40 |
| **Bank of America** P.O. Box 15798 Wilmington, DE 19886-5796 | | **Credit Card** | | | | $14,522.86 |
| **Capital Assist** 323 Sunny Isles Blvd., Ste 503 North Miami Beach, FL 33160 | | **Loan** | | $32,500.00 | $0.00 | $32,500.00 |
| **Craft3 Bank** P.O. Box 3914 Seattle, WA 98124-3914 | | **Loan** | | $104,748.58 | $0.00 | $104,748.58 |
| **G&G Funding Group** 57 West 57th St. 4th Floor New York, NY 10019 | | **Vendor** | | | | $7,720.38 |
| **Headway Capital, LLC** 4700 West Daybreak Pkwy, #200 South Jordan, UT 84009 | | **Loan** | | | | $19,222.93 |

| Debtor | Aerofab Industries, Inc. | | Case number *(if known)* | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **IBusiness Funding Funding Circle**<br>110 SE 6th Street, Suite 700<br>Fort Lauderdale, FL 33301 | | Loan | | $72,343.58 | $0.00 | $72,343.58 |
| **Kapitus, LLC**<br>2500 Wilson Blvd, #350<br>Arlington, VA 22201 | | Loan | | $79,090.00 | $0.00 | $79,090.00 |
| **Netal Tech**<br>P.O. Box 1300<br>Monroe, WA 98272 | | Vendor | | | | $23,190.01 |
| **Nexi**<br>100 Merrick Rd.<br>Rockville Centre, NY 11570 | | Vendor | | $16,022.80 | $0.00 | $16,022.80 |
| **PNC Bank**<br>P.O. Box 5570<br>BR-YB58*01-J<br>Cleveland, OH 44101 | | Line of Credit | | | | $100,975.09 |
| **Pyrotek**<br>2285 Unit 101 Queen Street<br>Abbortsford, BC V2T 6JC Canad | | Vendor | | | | $8,985.12 |
| **SBA**<br>Seattle District Office<br>2401 Fourth Ave, Suite 450<br>Seattle, WA 98121 | | Loan | | | | $1,867,123.00 |
| **Smart Business Funding**<br>20515 NE 22nd Ave.<br>Miami, FL 33180 | | Loan | | $52,440.00 | $0.00 | $52,440.00 |
| **Splash Advance**<br>3350 NW 2nd Ave. A28<br>Boca Raton, FL 33431 | | Loan | | $7,195.20 | $0.00 | $7,195.20 |
| **Valance Surface Technologies**<br>P.O. Box 845324<br>Dallas, TX 75284-5324 | | Vendor | | | | $23,126.58 |
| **WA Employment Security Dept**<br>P.O. Box 9046<br>Olympia, WA 98507-9046 | | Taxes | | | | $6,670.83 |

| Debtor | Aerofab Industries, Inc. | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo<br>P.O. Box 51174<br>Los Angeles, CA 90051-5474** | | **Line of Credit** | | | | **$28,775.17** |

ADEPT FASTENERS
P.O. BOX 579
CASTAIC, CA 91310


AERO FINISHING
UNIVERSAL AEROSPACE
18640 58TH DRIVE, NE
ARLINGTON, WA 98223


AMI METALS
P.O. BOX 952474
SAINT LOUIS, MO 63195-2474


ANOTEK ANODIZING, INC.
P.O. BOX 182
LYNDEN, WA 98264


APPLIED AERO SYSTEMS, LLC
10727 47TH PLACE WEST
MUKILTEO, WA 98275


ART BRASS AEROSPACE FINISHING
313 SOUTH FINDLAY STREET
SEATTLE, WA 98108


ATLAS IT CONSULTING
5907 181ST PL SW
LYNNWOOD, WA 98037


BANK OF AMERICA
P.O. BOX 15798
WILMINGTON, DE 19886-5796


BARTON INTERNATIONAL
P.O. BOX 62518
BALTIMORE, MD 21264-2516


BISCO
P.O. BOX 68062
ANAHEIM, CA 92817


BLACKHAWK INDUSTRIAL
P.O. BOX 219081
SALT LAKE CITY, UT 84121-5097

CAPITAL ASSIST
323 SUNNY ISLES BLVD., STE 503
NORTH MIAMI BEACH, FL 33160


CLACKAMAS WELDING
12316 SE CAPPS RD.
CLACKAMAS, OR 97015


COLOR TECH
434 NORTH 35TH
SEATTLE, WA 98103


CRAFT3 BANK
P.O. BOX 3914
SEATTLE, WA 98124-3914


G&G FUNDING GROUP
57 WEST 57TH ST. 4TH FLOOR
NEW YORK, NY 10019


GALVIN REALTY LAW GROUP
6100 219TH ST. SW, SUITE 560
MOUNTLAKE TERRACE, WA 98043


GMA GARNET CORP
P.O. BOX 123601
DALLAS, TX 75312-3601


HEADWAY CAPITAL, LLC
4700 WEST DAYBREAK PKWY, #200
SOUTH JORDAN, UT 84009


IBUSINESS FUNDING
FUNDING CIRCLE
110 SE 6TH STREET, SUITE 700
FORT LAUDERDALE, FL 33301


IIA LAB SERVICES, LLC
2810 CLARK AVENUE
SAINT LOUIS, MO 63103


INTERNATIONAL WATERJET PARTS
P.O. BOX 74008444
CHICAGO, IL 60674-8444

```
IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


KAPITUS, LLC
2500 WILSON BLVD, #350
ARLINGTON, VA 22201


MCMASTER-CARR
P.O. BOX 7690
CHICAGO, IL 60680-7800


NATIONAL PRECISION BEARING
P.O. BOX 5012
PRESTON, WA 98050


NETAL TECH
P.O. BOX 1300
MONROE, WA 98272


NEXI
100 MERRICK RD.
ROCKVILLE CENTRE, NY 11570


NORTHWEST PUMP
DEPT. LA 25257
PASADENA, CA 91185-2680


PACIFIC METALURGICAL, INC.
925 5TH AVE. S
P.O. BOX 399
KENT, WA 98035


PNC BANK
P.O. BOX 5570
BR-YB58*01-J
CLEVELAND, OH 44101


PUD
PO BOX 1107
EVERETT, WA 98206-1107
```

```
PYROTEK
2285 UNIT 101
QUEEN STREET
ABBORTSFORD, BC  V2T 6JC CANAD


REGENCE BLUESHIELD
P.O. BOX 2597
PORTLAND, OR 97208-2597


RS HUGHES COMPANY
P.O. BOX 647018
DALLAS, TX 75264-7018


SAFRAN CABIN
5701 BOLSA AVE.
HUNTINGTON BEACH, CA 92647


SBA
SEATTLE DISTRICT OFFICE
2401 FOURTH AVE, SUITE 450
SEATTLE, WA 98121


SMART BUSINESS FUNDING
20515 NE 22ND AVE.
MIAMI, FL 33180


SNOHOMISH CO TREASURER
ATTN: BK OFFICER
3000 ROCKEFELLER AVE MS 501
EVERETT, WA 98201


SPLASH ADVANCE
3350 NW 2ND AVE. A28
BOCA RATON, FL 33431


THYSSENKRUPP MATERIALS, NA
P.O. BOX 894213
LOS ANGELES, CA 90189-4213


TW METALS, INC.
P.O. BOX 933014
ATLANTA, GA 31193-3014
```

VALANCE SURFACE TECHNOLOGIES
P.O. BOX 845324
DALLAS, TX 75284-5324


WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121


WA DEPT OF L & I
BANKRUPTCY UNIT
P.O. BOX 44171
OLYMPIA, WA 98504


WA EMPLOYMENT SECURITY DEPT
P.O. BOX 9046
OLYMPIA, WA 98507-9046


WELLS FARGO
P.O. BOX 51174
LOS ANGELES, CA 90051-5474


WESTAR PROPERTIES NW, LLC
18933 59TH AVE. NE, SUITE 102
ARLINGTON, WA 98223

In re **Aerofab Industries, Inc.**　　　　　　　　　　　　　　　　　Case No.　　　　　　　
　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　Chapter　**11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Aerofab Industries, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 3, 2025** | **/s/ Jennifer L. Neeleman** |
| Date | **Jennifer L. Neeleman 37374** |
| | Signature of Attorney or Litigant |
| | Counsel for **Aerofab Industries, Inc.** |
| | **Neeleman Law Group, P.C.** |
| | **1403 8th Street** |
| | **Marysville, WA 98270** |
| | **(425) 212-4800 Fax:(425) 212-4802** |
| | **courtmail@expresslaw.com** |